UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20732-CIV-KING

HECTOR CORTINA,

    Plaintiff,

v.

F.A.D. DETECTIVE &
SECURITY SERVICES, INC.
and FRANCISCO ALTAMIRANO,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule Civil Procedure 58, and in accordance with the reasoning stated in the Court's Order Granting in Part Motion for Final Default Judgment, it is

**ORDERED, ADJUDGED and DECREED** that:

1. Final default judgment is entered in favor of Plaintiff Hector Cortina, and against Defendants F.A.D. Detective & Security Services, Inc. and Francisco Altamirano, in the amount of **$15,213.73,** for which sum let execution issue.

2. This Court retains jurisdiction for an adjudication of attorneys' fees and costs.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United State Courthouse, Miami, Florida, this 18th day of May, 2012.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

**Clerk of Court**

*Counsel for Plaintiff*

**Lawrence Joseph McGuinness**
1627 SW 37th Ave
Suite 100
Miami, FL 33145
305-448-557

*Counsel for Defendant*s

**Tom John Manos**
Tom J Manos PA
One Brickell Square 9th Floor
801 Brickell Avenue
Miami, FL 33131
305-341-3100