# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 11-20732-CIV-KING

HECTOR CORTINA,

    Plaintiff,

v.

F.A.D. DETECTIVE &
SECURITY SERVICES, INC.
and FRANCISCO ALTAMIRANO,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule Civil Procedure 58, and in accordance with the reasoning stated in the Court's Order Granting in Part Motion for Final Default Judgment, it is

**ORDERED, ADJUDGED and DECREED** that:

1. Final default judgment is entered in favor of Plaintiff Hector Cortina, and against Defendants F.A.D. Detective & Security Services, Inc. and Francisco Altamirano, in the amount of **$15,213.73,** for which sum let execution issue.

2. This Court retains jurisdiction for an adjudication of attorneys' fees and costs.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United State Courthouse, Miami, Florida, this 18th day of May, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

**Clerk of Court**

*Counsel for Plaintiff*

**Lawrence Joseph McGuinness**
1627 SW 37th Ave
Suite 100
Miami, FL 33145
305-448-557

*Counsel for Defendants*

**Tom John Manos**
Tom J Manos PA
One Brickell Square 9th Floor
801 Brickell Avenue
Miami, FL 33131
305-341-3100